

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00565-CV

**IN THE INTEREST OF T.A.G.**, J.Y.G., and N.J.G., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00099
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal.

SIGNED May 19, 2021.

_____
Rebeca C. Martinez, Chief Justice